UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| RICK MCTAGGART, and LATISHA LEA<br><br>PLAINTIFFS,<br><br>v.<br><br>CATHOLIC HEALTH INITIATIVES, and MEMORIAL HEALTH CARE SYSTEM, INC.,<br><br>DEFENDANTS. | CASE NO. 1:19-cv-00088-DCLC-SKL |
|---|---|

### NOTICE (BY ATTORNEY JAMES J. SWARTZ, JR.) TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS

Pursuant to Local Rule 83.4(f) of the Local Rules of the United States District Court for the Eastern District of Tennessee, undersigned counsel James J. Swartz, Jr. hereby withdraws as counsel for Defendants CommonSpirit Health f/k/a Catholic Health Initiatives, Inc. ("CommonSpirit") and Memorial Health Care System, Inc. ("MHCS") (collectively, "Defendants"). Counsel states as follows:

1. The Polsinelli law firm represents Defendants in this matter. Mr. Swartz is leaving Polsinelli, and Polsinelli, through its existing and newly appearing counsel of record, will continue to represent Defendants.

2. Ms. Paige Nutini, who is licensed to practice law in the State of Tennessee and admitted to practice in this Court, will substitute for Mr. Swartz. She is filing a Notice of Appearance on Monday, August 26, 2019.

Respectfully submitted this 23rd day of August, 2019.

> */s/ James J. Swartz, Jr.*
> James J. Swartz, Jr., Esq.
> Tennessee Bar No. 034873
> POLSINELLI, PC
> 1201 West Peachtree Street, NW
> Suite 1100
> Atlanta, GA 30309

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2019, I filed the foregoing with the Court's electronic filing system, serving all counsel registered as filing users of the system.

> */s/ James J. Swartz, Jr.*
> James J. Swartz, Jr.
> *Counsel for Defendants*